**FILED**

Mar 13 2026

**Mark B. Busby**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>      v.<br><br>JORGE ARTURO LEMUS-CHINCHILLA,<br><br>        Defendant. | Case No.  26-cr-00092-JST-1 (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant on **Monday, March 16, 2026 at 8:00 AM** to enter New Bridge at 2323 Hearst Ave., Berkeley, CA.

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____

LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 26-cr-00092-JST-1

United States District Court
Northern District of California